UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: OI S.A.
IN RE: OI BRASIL HOLDINGS COOPERATIEF U.A.,
-----------------------------------------------------------------X
INTERNATIONAL BONDHOLDER COMMITTEE
     Appellant,

-against-

OI S.A. and ANTONIO REINALDO RABELO FILHO as Foreign Representative of the RJ Proceeding,
     Appellees,
-----------------------------------------------------------------X
AUERLIUS CAPITAL MANAGEMENT, LP,

     Appellant,

-against-

OI S.A. and ANTONIO REINALDO RABELO FILHO as Foreign Representative of the RJ Proceeding,
     Appellees.
-----------------------------------------------------------------X

18 **CIVIL** 3147 (VSB)
18 **CIVIL** 3166 (VSB)
18 **CIVIL** 3178 (VSB)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 7, 2020, Appellees' motions to dismiss theses appeals are GRANTED; Appellant's cross-request for vacatur is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
    February 7, 2020

           **RUBY J. KRAJICK**
           **Clerk of Court**
**BY:**
           **Deputy Clerk**